UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

25cr193 LMP/DJF

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 18 U.S.C. § 1361 |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| ABRAHAM VICTOR, | ) | 18 U.S.C. § 2115 |
| a/k/a "Macco," | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Post Office Burglary)
(Burglary No. 1)

On or about May 29, 2020, in the State and District of Minnesota, the

defendant,

**ABRAHAM VICTOR,**

did forcibly break into or attempt to break into a post office, or a building used

in whole or in part as a post office, with intent to commit in such post office, or

building or part thereof, larceny or other deprivation, in violation of Title 18,

United States Code, Section 2115.

SCANNED
MAY 1 3 2025
U.S. DISTRICT COURT MPLS

*United States v. Abraham Victor*

## COUNT 2
(Damage to Government Property)
(Burglary No. 1)

On or about May 29, 2020, in the State and District of Minnesota, the defendant,

**ABRAHAM VICTOR,**

did willfully injure or commit depredation against property of the United States at the Powderhorn Station located at 3045 Bloomington Ave., Minneapolis, Minnesota 55407, in violation of Title 18, United States Code, Section 1361.

## COUNT 3
(Post Office Burglary)
(Burglary No. 2)

On or about May 29, 2020, in the State and District of Minnesota, the defendant,

**ABRAHAM VICTOR,**

did forcibly break into or attempt to break into a post office, or a building used in whole or in part as a post office, with intent to commit in such post office, or building or part thereof, larceny or other deprivation, in violation of Title 18, United States Code, Section 2115.

*United States v. Abraham Victor*

## COUNT 4
(Damage to Government Property)
(Burglary No. 2)

On or about May 29, 2020, in the State and District of Minnesota, the defendant,

## ABRAHAM VICTOR,

did willfully injure or commit depredation against property of the United States at the Powderhorn Station located at 3045 Bloomington Ave., Minneapolis, Minnesota 55407, in violation of Title 18, United States Code, Section 1361.

## FORFEITURE ALLEGATIONS

Upon conviction of Counts 2 or 4 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property,

3

*United States v. Abraham Victor*

real or personal, which constitutes or is derived from proceeds traceable to the

violations of Title 18, United States Code, Section 1361.


A TRUE BILL


_____          _____

ACTING UNITED STATES ATTORNEY          FOREPERSON


4